UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

| | |
|---|---|
| In re ) | |
| ) | |
| TIMOTHY DONALD TAYLOR ) | Case No. 17-23253 |
| ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |

### ORDER TO SHOW CAUSE

On February 1, 2018, a Amended Certificate of Service was filed on behalf of Seterus Inc.. The document was filed without a caption and therefore fails to comply with Bankruptcy Rule 9004(b).

Accordingly, the court will take no action with regard thereto or as a result thereof and the document will be deemed stricken, without further notice, hearing or order, unless an amended document bearing the correct caption is filed within seven days of this date.

SO ORDERED.

Dated: February 2, 2018

_/s/ James R. Ahler_ C0109
Judge, United States Bankruptcy Court